AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DANCKS, THERESE W. | NDNY DISTRICT COURT-SYRACUSE | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE (FT) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

100 S. CLINTON STREET
SYRACUSE, NY 13261

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PARTNER, ENDING 5/15/12 | EUREKA!, LLC |
| 2. | SECRETARY, ENDING 7/1/12 | ST. ELIZABETH COLLEGE OF NURSING BOARD OF DIRECTORS |
| 3. | TRUSTEE, ENDING 4/30/12 | GALE & DANCKS, LLC 401(K) PROFIT SHARING PLAN |
| 4. | COUNSEL, ENDING 1/31/12 | GALE & DANCKS, LLC |
| 5. | DIRECTOR, BEGINNING 10/1/2012 | ONEIDA LAKE ASSOCIATION |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 5/11/12 | GALE & DANCKS, LLC; RETURN OF CAPITAL |
| 2. | 5/11/12 | EUREKA!, LLC; MEMBERSHIP INTEREST BUY OUT AGREEMENT |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | GALE & DANCKS, LLC; COUNSEL | $12,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BMW FINANCIAL SERVICES | VEHICLE LEASE | K |
| 2. | CAPITAL ONE | CREDIT CARD | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EUREKA!, LLC FAYETTEVILLE, NY | C | Rent | | | Sold | 05/11/12 | M | E | EUREKA!, LLC |
| 2. EUREKA!, LLC; PERSONAL NOTE | A | Interest | | | Redeemed | 05/11/12 | K | A | EUREKA!, LLC |
| 3. KRAUSHAAR;PERSONAL NOTE | C | Interest | K | T | | | | | |
| 4. KEY BANK ACCOUNT | A | Interest | N | T | | | | | |
| 5. ONEDA SAVINGS ACCOUNT 1 | A | Interest | M | T | | | | | |
| 6. ONEIDA SAVINGS ACCOUNT 2 | A | Interest | J | T | | | | | |
| 7. GALE & DANCKS, LLC 401(K) PROFIT SHARING PLAN TRUSTEE (Y): | | | | | | | | | |
| 8. -VANGUARD U.S. GROWTH FUND INVESTOR SHARES (Y) | | | | | | | | | |
| 9. -VANGUARD PRIME MONEY MARKET FUND (Y) | | | | | | | | | |
| 10. -VANGUARD INTERMEDIATE TERM INV. GRADE FUND (Y) | | | | | | | | | |
| 11. -VANGUARD CONVERTIBLE SECURITIES FUND (Y) | | | | | | | | | |
| 12. -VANGUARD GROWTH & INCOME FUND (Y) | | | | | | | | | |
| 13. -VANGUARD BALANCED INDEX FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 14. -VANGUARD VALUE INDEX FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 15. -VANGUARD U.S. GROWTH FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 16. -VANGUARD HY CORPORATE FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 17. -VANGUARD INTERMEDIATE TERM TREAS FUND (Y) ADMIRAL SH. (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -VANGUARD 500 INDEX FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 19. -VANGUARD ENERGY FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 20. -VANGUARD INTERMEDIATE TERM INV. GRADE FUND (Y) ADMIRAL SH. | | | | | | | | | |
| 21. -VANGUARD PACIFIC STOCK INDEX FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 22. -VANGUARD ASSET ALLOCATION FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 23. -VANGUARD EUROPEAN STOCK INDEX FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 24. -VANGUARD TOTAL BOND MARKET INDEX FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 25. -VANGUARD TOTAL STOCK MARKET INDEX FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 26. -VANGUARD REIT INDEX FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 27. -VANGUARD EMERGING MARKETS STOCK INDEX FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 28. -VANGUARD MID-CAP INDEX FUND ADMIRAL SH. (Y) | | | | | | | | | |
| 29. FIDELITY IRA: | | | | | | | | | |
| 30. -FIDELITY CAPITAL & INCOME | B | Dividend | K | T | | | | | |
| 31. -FIDELITY GROWTH STRATEGIES FUND | A | Distribution | K | T | | | | | |
| 32. -FIDELTIY CASH RESERVES | | None | J | T | | | | | |
| 33. RBC INVESTMENTS | | | | | | | | | |
| 34. -ROCHESTER FUNDS MUNICIPALS INC-CL C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -PRIME MONEY MARKET FUND RBC INVESTOR CLASS | A | Dividend | J | T | | | | | |
| 36. -GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 37. -HEWLETT PACKARD CO | A | Dividend | J | T | | | | | |
| 38. -ORACLE CORP | A | Dividend | J | T | | | | | |
| 39. -QUALCOMM INC. | A | Dividend | J | T | | | | | |
| 40. -PETROLEO BRASILEIRO SA PETROBRAS SPONSORED ADR | A | Dividend | J | T | | | | | |
| 41. U.S. SAVINGS BONDS | A | Interest | J | T | Redeemed (part) | 03/31/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DANCKS, THERESE W. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Please note that US Magistrate Judge Therese W. Dancks is no longer trustee of the Gale & Dancks, LLC 401(K) profit sharing plan and is indicated as such with (Y) per Amy with the Administrative Office of the U.S. Courts.

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 05/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THERESE W. DANCKS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544